IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HEALTHPOINT, LTD., | § | |
| DPT LABORATORIES, LTD. and | § | |
| DFB PHARMACEUTICALS, INC. | § | |
|     Plaintiffs | § | CIVIL ACTION NO. SA-01-CA-0646 OG |
| | § | |
| v. | § | |
| | § | |
| ETHEX CORPORATION and | § | |
| KV PHARMACEUTICALS, INC. | § | |
|     Defendants | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

**TO THE HONORABLE JUDGE GARCIA:**

Healthpoint, Ltd., DFB Pharmaceuticals, Inc., and DPT Laboratories, Ltd. (collectively, "Plaintiffs") and Defendants Ethex Corporation and KV Pharmaceutical Company (collectively, "Defendants") file this Agreed Motion to Dismiss with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).

The Parties ask the Court to dismiss, with prejudice, any and all claims, asserted or unasserted, relating to the subject matter of this lawsuit between and among the Parties because the Parties have reached a compromise settlement agreement, which resolves all matters in dispute in this matter.

WHEREFORE, the Parties respectfully request the Court to enter an Order dismissing this case with prejudice, with each party to bear its own costs.

AGREED AND APPROVED:

| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>300 Convent Street<br>Suite 1500<br>San Antonio, Texas 78205<br>(210) 281-7000<br>(210) 224-2035 (FAX) | **CLEMENS & SPENCER, P.C.**<br>112 East Pecan Street, Suite 1500<br>San Antonio, Texas 78205 |

_____
C. DAVID KINDER
State Bar No. 11432550
THOMAS E. SANDERS
State Bar No. 00794589
JOSEPH L. SORKIN
State Bar No. 24033215

-AND-

SAUL H. PERLOFF
State Bar No. 00795128
**FULBRIGHT & JAWORSKI, LLP**
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Telephone: (210) 270-7166
Telecopier: (210) 224-5575

**ATTORNEYS FOR PLAINTIFFS**

_____
GEORGE H. SPENCER JR
State Bar No. 18921001
PAUL A. FLECK
State Bar No. 24000291

-AND-

ROBERT W. LEHRBURGER
**PATTERSON, BELKNAP, WEBB & TYLER**
1133 Avenue of the Americas
New York, NY 10036

**ATTORNEYS FOR DEFENDANTS**